# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 16-246 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| JEROME C. RUZICKA (1), | |
| Defendant. | |

Lola Velazquez-Aguilu, Benjamin Langner, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, for plaintiff.

John C. Conard, **JOHN C. CONARD PLLC,** 310 Fourth Avenue South, Suite 5010, Minneapolis, MN 55415, for defendant Ruzicka.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 19, 2017, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Ruzicka's motions to dismiss (Docket No. 130) and to suppress evidence pursuant to search warrants (Docket No. 133) are **DENIED**.

DATED: June 14, 2017  
at Minneapolis, Minnesota  
                                                                            s/John R. Tunheim  
                                                                           JOHN R. TUNHEIM  
                                                                                Chief Judge  
                                                          United States District Court