# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                              Criminal No.  16-246 (JRT/FLN)

          Plaintiff,

v.                             **ORDER GRANTING EXTENSION**

JEROME C. RUZICKA, SCOTT A. NELSON, W. JEFFREY TAYLOR, LAWRENCE W. MILLER, and LAWRENCE T. HAGEN,

          Defendants.

---

Gregory G. Brooker, Interim United States Attorney, and Benjamin F. Langner, Lola Velazquez-Aguilu, and Surya Saxena, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN  55415, for plaintiff.

John C. Conard, **JOHN C. CONARD PLLC**, 310 Fourth Avenue South, Suite 5010, Minneapolis, MN  55415, for defendant Jerome C. Ruzicka.

Casey T. Rundquist and William J. Mauzy, **MAUZY LAW PA**, 800 Hennepin Avenue, Suite 800, Minneapolis, MN  55403, for defendant W. Jeffrey Taylor.

Paul C. Engh, 200 South Sixth Street, Suite 420, Minneapolis, MN  55402, for defendant Lawrence W. Miller.

Kevin J. Short, 150 South Fifth Street, Suite 3260, Minneapolis, MN  55402, for defendant Lawrence T. Hagen.

Defendant W. Jeffrey Taylor moves for an extension of time to file post-verdict motions.  (Mot. at 1, Mar. 14, 2018, Docket No. 424.)  The current deadline is March 22, 2018.  The Court finds that good cause exists to grant a two-week extension in this case.

Fed. R. Crim. P. 45(b)(1). Accordingly, the Court will grant Taylor's motion and extend the deadline to file post-verdict motions to April 5, 2018, for all defendants.

## ORDER

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Taylor's Motion for Extension of Time to File Post-Verdict Motions [Docket No. 424] is **GRANTED**. The Court will **EXTEND** the deadline to file post-verdict motions to April 5, 2018, for all defendants.

DATED: March 16, 2018             _____s/John R. Tunheim_____
at Minneapolis, Minnesota.             JOHN R. TUNHEIM
                                                        Chief Judge
                                        United States District Court