UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

                              Criminal No. 16-246 (JRT/FLN)

           Plaintiff,

v.                               **ORDER**

JEROME C. RUZICKA, SCOTT A.
NELSON, W. JEFFREY TAYLOR,
LAWRENCE W. MILLER, and
LAWRENCE T. HAGEN,

           Defendants.

---

Gregory G. Brooker, Interim United States Attorney, and Benjamin F. Langner, Lola Velazquez-Aguilu, and Surya Saxena, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

John C. Conard, **JOHN C. CONARD PLLC**, 310 Fourth Avenue South, Suite 5010, Minneapolis, MN 55415, for defendant Jerome C. Ruzicka.

Casey T. Rundquist and William J. Mauzy, **MAUZY LAW PA**, 800 Hennepin Avenue, Suite 800, Minneapolis, MN 55403, for defendant W. Jeffrey Taylor.

Paul C. Engh, 200 South Sixth Street, Suite 420, Minneapolis, MN 55402, for defendant Lawrence W. Miller.

Kevin J. Short, 150 South Fifth Street, Suite 3260, Minneapolis, MN 55402, for defendant Lawrence T. Hagen.

Dulce J. Foster, **FREDRIKSON & BYRON, P.A.**, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402, for William F. Austin.

William F. Austin requests permission to file a Motion to Clarify and Amend the Court's February 27, 2018 Order, which ordered the United States to correct certain false

statements made by witnesses at trial. (Mem. Op. & Order, Feb. 27, 2018, Docket No. 377.) The Crime Victims' Rights Act allows a crime victim to file a motion for relief for the violation of the victim's statutory rights. 18 U.S.C. § 3771(d)(3). The statute defines "crime victim" as a person "directly and proximately harmed as a result of the commission of a Federal offense." *Id.* § 3771(e)(2)(A). The Court will defer ruling on Austin's request until it has had an opportunity to consider the threshold issue of whether Austin is personally a "crime victim." The Court will order Austin to show cause and submit a brief as to why Austin is a "crime victim" within the meaning of the Act.

The Court will also afford both the United States and the Defendants fourteen days from the filing of Austin's brief to respond to the issue of whether Austin is a "crime victim."

## ORDER

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ORDERS** William F. Austin to show cause as to why Austin is a "crime victim" under 18 U.S.C. § 3771(d)(3). The Court will **DEFER** ruling on Austin's request to file a motion under the Crime Victims' Rights Act.

DATED: April 6, 2018 _____s/John R. Tunheim_____
at Minneapolis, Minnesota. JOHN R. TUNHEIM
Chief Judge
United States District Court