# EXHIBIT 7

## CERTIFICATION

I, Susan Mussell, do hereby certify that I am the Secretary of Starkey Laboratories, Inc. (the "Company"), a corporation organized under the laws of the State of Minnesota, and that on December 31, 2010, I was delegated the power and responsibility to issue a certain number of shares of Company stock to the Starkey Laboratories, Inc. 2007 Amended and Restated Employee Stock Ownership Plan and Trust (the "Plan") with respect to the Company's 2010 contribution commitment.

I further certify that I have received information that on December 31, 2010, the Company's sole director (the "Director") approved an ESOP contribution for the 2010 Plan Year (the "Estimated 2010 Contribution") in the gross amount of Six Million Six Hundred Thirty-One Thousand Nine Hundred Seventy-Seven and 91/100 Dollars ($6,631,977.91) which amount was determined pursuant to the following formulae:

- A Non-Discretionary ESOP Contribution equivalent to 1/5% of eligible Plan participants' compensation ("Compensation");

- A Discretionary ESOP Contribution equivalent to 3.3% of Compensation; and

- A Special ESOP Contribution calculated by multiplying eligible participants' years of service with the Company by $100.

I further certify that the Plan's trustee (the "Trustee") has received, reviewed and accepted the annual appraisal of share value from Chartwell Business Valuation, LLC, ("Chartwell"), its independent business appraiser, which determined that the value of the Company stock is Seven and 45/100 Dollars ($7.45) per share. The Finalized amount of the portion of the 2010 Contribution to be made in shares of Company stock was determined by the Company after the December 31, 2010, action of the Director, to be Four Million Nine Hundred Thirty-Three Thousand Seven Hundred Ninety-Seven and 28/100 Dollars ($4,933,797.28). I hereby take action effective December 31, 2010, to issue Six Hundred Sixty-Two Thousand Two Hundred Fifty-Four and 67/100 (662,254.67) shares to the Plan to satisfy the Company's obligation to contribute shares of Company stock under the 2010 Contribution.

_Susan Mussell_
Susan Mussell
Secretary

Ruzicka
Ex 349

Starkey021186